JOSEPH SHAPIRO, Respondent, *v.* EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.

Argued February 20, 1945; decided April 12, 1945.

*Eugene T. O'Neill* and *Leo D. Fitzgerald* for appellant.
*Sidney J. Loeb* for respondent.

Order affirmed, with costs. Question certified answered in the negative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, DESMOND and THACHER, JJ. LEWIS and CONWAY, JJ., dissent on the ground that the plaintiff who was serving a life sentence was "civilly dead" and did not have the legal capacity to sue. (Penal Law, § 511; *Matter of Pallas*, 291 N. Y. 692; *Matter of Lindewall*, 287 N. Y. 347; *Green* v. *State of New York*, 278 N. Y. 15; *Avery* v. *Everett*, 110 N. Y. 317.) Taking no part: DYE, J.